IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO.: 4:15-cr-73-DMB-JMV

STEVEN HAYNES, et al.

## ORDER

Before the court is the United States of America's Motion to Strike Defendant's Motion for Production of Documents [259], filed July 14, 2016. On or about July 11, 2016, the defendant, Steven Haynes, mailed a Motion for Production of Documents to the Clerk of the Court [258].

The defendant is not entitled to hybrid representation, partly by counsel and partly by himself. 28 U.S.C.§1654; *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978). Because the defendant has counsel, he is not entitled to file the above described motion *pro se*.

Accordingly, the instant motion to strike from the record the motion filed by defendant is granted. In the event the defendant later becomes *pro se*, he has the right to reurge his motion for production of documents.

**SO ORDERED**, this the 27th of July, 2016.

                                           /s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**

.