IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO. 4:15CR-73

STEVEN HAYNES

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

On 7/22/16, Defendant Steven Haynes moved this court to dismiss his court-appointed counsel, Kenneth Coghlan, and to appoint new counsel [260], citing in support thereof that Mr. Coghlan had not met with him to properly prepare his case.

On 7/27/16, Defendant's court-appointed counsel responded to Defendant's motion pointing out that he had, in fact, met with Defendant to prepare his defense on 22 separate occasions. On 7/28/16, because the allegations offered in support of Defendant's motion were vague and conclusory and because those allegations were unsupported by any alleged facts – indeed contradicted by counsel's recitation of the facts – this court denied Defendant's motion for substitute counsel.

Since the entry of this court's Order [266] denying substitution of counsel, it has come to the court's attention that the Defendant is alleged to have made threats against the life of his defense counsel. *See* counsel's Motion to determine conflict of interest [271] and defense counsel's subsequent Motion to withdraw [272].

In light of the circumstances, the court finds that the defendant's motion to withdraw is well taken and hereby grants same. Defense counsel's Motion to determine conflict of interest is terminated as moot. New counsel shall forthwith be appointed for Defendant Haynes.

So ordered this the 8th day of August, 2016.

/s/       Jane M. Virden
U.S. MAGISTRATE JUDGE