# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

        V.                                              Case Number: 4:15CR00073-DMB-JMV-1

**STEVEN HAYNES a/k/a "Papoo"**
**a/k/a "Pap"**                                                                                   **DEFENDANT**

## **ORDER**

This matter is before the court on detained criminal Defendant Steven Haynes' Motion [350] to be relocated from a facility in Mason Tennessee to Lafayette County Detention Center in Oxford, Mississippi in order to shorten his counsel's two-hour travel time en route to meetings with Haynes. Having reviewed the motion, informally conferred with counsel of record, and having considered all responses, replies, and sur-replies, the court finds that because Haynes must be detained in solitary confinement due to past misconduct engaged in while housed at the Lafayette County facility, and because there is no available solitary isolation at the Lafayette County facility currently, it is not feasible to presently house Haynes at that facility. Further, it is not currently feasible to transfer anyone presently in solitary isolation in Lafayette County to Mason, Tennessee in order to create a solitary confinement cell for Haynes in Lafayette County.

The court, nevertheless, directs the government to take all reasonable steps to ensure that Haynes' counsel's access to his client is essentially the same, or substantially so, as counsel would have were Haynes housed at the Lafayette County facility, such that the only material difference is counsel's estimated two-hour travel time to access his client. The government is also to notify Haynes' counsel and the court upon the first opportunity to safely transfer Haynes back to the Lafayette County facility.

SO ORDERED this 4th day of October, 2016.

                                                                  /s/ Jane M. Virden
                                                                  U. S. MAGISTRATE JUDGE